HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

*E-FILED - 1/6/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA A. CARUSA, ) | Civil No. C-05-03016 RMW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Friday, February 3, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

1

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney




Dated: December 23, 2005                /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney




Dated: December 21, 2005                 /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        LINDA A. CARUSA
```

IT IS SO ORDERED.

Dated: 1/6/06                           /S/ RONALD M. WHYTE
                                        HON. RONALD M. WHYTE
                                        United States District Judge

STIPULATION AND ORDER                           2