HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA   *E-FILED - 2/8/06*

| | |
|---|---|
| LINDA A. CARUSA, | ) Civil No. C 05-03016 RMW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Monday, March 6, 2006 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
2
3
4
5

_____
KEVIN V. RYAN
United States Attorney

6  Dated: February 3, 2006                         /s/ SARA WINSLOW
                                                   SARA WINSLOW
7                                                  Assistant U.S. Attorney

8
9
10

11 Dated: February 3, 2006                         /s/ HARVEY P. SACKETT
                                                   HARVEY P. SACKETT
12                                                 Attorney for Plaintiff
                                                   LINDA A. CARUSA
13
14
15 IT IS SO ORDERED.
16
17 Dated:  2/8/06                                  /S/ RONALD M. WHYTE
                                                   HON. RONALD M. WHYTE
18                                                 United States District Judge
19
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER