HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/19/06*

| | |
|---|---|
| LINDA A. CARUSA, | ) Civil No. C 05-03016 RMW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Friday, May 4, 2006 in which to e-file her Reply to Defendant's Cross Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | _____ |
|   | KEVIN V. RYAN |
|   | United States Attorney |

Dated: April 14, 2006                    /s/_____
                                         SARA WINSLOW
                                         Assistant U.S. Attorney


Dated: April 14, 2006                    /s/_____
                                         HARVEY P. SACKETT
                                         Attorney for Plaintiff
                                         LINDA A. CARUSA

IT IS SO ORDERED.


Dated:    4/19/06                         /s/ Ronald M. Whyte _____
                                         HON. RONALD M. WHYTE
                                         United States District Judge

2

STIPULATION AND ORDER